1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 South Las Vegas Blvd.,Suite 5000
   Las Vegas, NV 89101
5  (702)388-6336/(702)388-6787
   carlos.gonzalez2@usdoj.gov
6

7              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
8

9

10 Alexandra Warner and
   Wael Choughari,                 2:11-01060-KJD-CWH
11
                 Plaintiffs,        DEFENDANTS' UNOPPOSED MOTION
12                                  FOR EXTENSION OF TIME TO
        v.                          RESPOND TO COMPLAINT
13
   JANET NAPOLITANO, Secretary,
14 United States Department of
   Homeland Security; *et al.*,
15
                 Defendants.
16

17
        **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
18         **TO RESPOND TO PLAINTIFFS' COMPLAINT**

19                    (First Request)

20    Defendants, by and through their attorneys, Daniel G.

21 Bogden, United States Attorney for the District of Nevada,

22 Carlos A. Gonzalez, Assistant United States Attorney, and

23 Shearese R. Pratt, Trial Attorney, United States Department of

24 Justice, respectfully request a sixty (60) day extension of

25 time, up to and including February 17, 2012, in which to file a

26 responsive pleading to Plaintiffs' Complaint(#1).

1        In support of this request for an extension of time,

2   Defendants rely upon the Memorandum of Points and Authorities

3   attached hereto and incorporated herein.

4        DATED this 16th day of December, 2011.

5                              Respectfully submitted,

6                              Daniel G. Bogden
                               United States Attorney
7
                                  /s/ Carlos A. Gonzalez
8                              Carlos A. Gonzalez
                               Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

I.   **BACKGROUND**

3     Plaintiff filed his Complaint (#1) with the Court on June
4 28, 2011, and Defendants' response is due on Monday, December
5 20, 2011.  Agency counsel for the United States Citizenship and
6 Immigration Services ("USCIS") has forwarded Plaintiff Wael
7 Choughari's visa petition appeal to the Board of Immigration
8 Appeals ("BIA") and is in the process of coordinating with
9 United States Immigration and Customs Enforcement ("ICE") and
10 the BIA to stay Plaintiff Choughari's removal proceedings
11 pending resolution of his visa appeal.  Because the district
12 court case may be resolved without further litigation, the
13 Government requests that this honorable Court grant a sixty
14 (60) day extension of time, up to and including February 17,
15 2012, in which to file a responsive pleading to Plaintiffs'
16 Complaint.

17     On December 13, 2011, undersigned counsel Sherease Pratt
18 spoke with Mr. Anthony D. Guenther, Plaintiffs' counsel, and he
19 does not oppose this request for an extension of time.

20 II.  **ARGUMENT**

21     The Federal Rules of Civil Procedure provide for an
22 enlargement of time for cause shown.

23     When an act may or must be done within a specified
      time, the court may, for good cause, extend the time:
24    (A) with or without motion or notice if the court
      acts, or if a request is made, before the original
25    time or its extension expires . . . .

26 Fed. R. Civ. P., Rule 6(b)(1)(A).

1        1.   Undersigned counsel will not be able to meet the

2   response deadline because they must coordinate a response with

3   agency counsel.  Agency counsel for USCIS has forwarded

4   Plaintiff Wael Choughari's visa petition appeal to the BIA and

5   is in the process of coordinating with ICE and the BIA to stay

6   Plaintiff Choughari's removal proceedings pending resolution of

7   his visa appeal.  Because the district court case may be

8   resolved without further litigation, the Government requests

9   that this honorable Court grant a sixty (60) day extension of

10  time, up to and including February 17, 2012, in which to file a

11  responsive pleading to Plaintiffs' Complaint.

12       2.   This request is made prior to the expiration of the

13  time set by the Court to respond to Plaintiffs' Complaint.

14  ...

15  ...

16  ...

17  ...

18  ...

19  ...

20  ...

21  ...

22  ...

23  ...

24  ...

25  ...

26  ...

1  **III. CONCLUSION**

2      Therefore, the Defendants respectfully request that this

3  honorable Court grant a sixty (60) day extension of time, up to

4  and including February 17, 2012, in which to file a response to

5  Plaintiffs' Complaint (#1).

6      DATED this 16th day of December, 2011.

7                          Respectfully submitted,

8                          DANIEL G. BOGDEN
                        United States Attorney

9

10                           /s/ Carlos A. Gonzalez
                        Carlos A. Gonzalez
                        Assistant United States Attorney

11

12                          TONY WEST
                        Assistant Attorney General
                        Civil Division

13

14                          JEFFREY S. ROBINS
                        Assistant Director
                        Office of Immigration Litigation

15

16                          /s/ SHEREASE R. PRATT
                        SHEREASE R. PRATT
                        Trial Attorney

17                          U.S. Department of Justice
                        Civil Division

18                          Office of Immigration Litigation
                        P.O. Box 868, Ben Franklin Station

19                          Washington, DC 20530
                        Telephone: (202) 616-0063

20                          Facsimile: (202) 616-8962
                        sherease.pratt@usdoj.gov

21

22                          Attorneys for Defendants

23  IT IS SO ORDERED.

24  

25  UNITED STATES MAGISTRATE JUDGE

26  DATED: December 19, 2011