1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada
    Nevada Bar No. 2137
3   CARLOS A. GONZALEZ
    Assistant United States Attorney
4   333 South Las Vegas Blvd.,Suite 5000
    Las Vegas, NV 89101
5   (702)388-6336/(702)388-6787
    carlos.gonzalez2@usdoj.gov
6

7                   UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
8

9

10  Alexandra Warner and
    Wael Choughari,                   2:11-01060-KJD-CWH
11
                  Plaintiffs,          DEFENDANTS' UNOPPOSED MOTION
12                                     FOR EXTENSION OF TIME TO
          v.                           RESPOND TO COMPLAINT
13
    JANET NAPOLITANO, Secretary,
14  United States Department of
    Homeland Security; et al.,
15
                  Defendants.
16

17
             DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
18               TO RESPOND TO PLAINTIFFS' COMPLAINT

19                          (First Request)

20       Defendants, by and through their attorneys, Daniel G.

21  Bogden, United States Attorney for the District of Nevada,

22  Carlos A. Gonzalez, Assistant United States Attorney, and

23  Sherease R. Pratt, Trial Attorney, United States Department of

24  Justice, respectfully request a sixty (60) day extension of

25  time, up to and including February 17, 2012, in which to file a

26  responsive pleading to Plaintiffs' Complaint(#1).

1    In support of this request for an extension of time,

2 Defendants rely upon the Memorandum of Points and Authorities

3 attached hereto and incorporated herein.

4    DATED this 16th day of December, 2011.

5                              Respectfully submitted,

6                              Daniel G. Bogden
                               United States Attorney
7
                                 /s/ Carlos A. Gonzalez
8                              Carlos A. Gonzalez
                               Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1     <u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

2   **I.    BACKGROUND**

3        Plaintiff filed his Complaint (#1) with the Court on June

4   28, 2011, and Defendants' response is due on Monday, December

5   20, 2011.  Agency counsel for the United States Citizenship and

6   Immigration Services ("USCIS") has forwarded Plaintiff Wael

7   Choughari's visa petition appeal to the Board of Immigration

8   Appeals ("BIA") and is in the process of coordinating with

9   United States Immigration and Customs Enforcement ("ICE") and

10  the BIA to stay Plaintiff Choughari's removal proceedings

11  pending resolution of his visa appeal.  Because the district

12  court case may be resolved without further litigation, the

13  Government requests that this honorable Court grant a sixty

14  (60) day extension of time, up to and including February 17,

15  2012, in which to file a responsive pleading to Plaintiffs'

16  Complaint.

17       On December 13, 2011, undersigned counsel Sherease Pratt

18  spoke with Mr. Anthony D. Guenther, Plaintiffs' counsel, and he

19  does not oppose this request for an extension of time.

20  **II.   ARGUMENT**

21       The Federal Rules of Civil Procedure provide for an

22  enlargement of time for cause shown.

23       When an act may or must be done within a specified
         time, the court may, for good cause, extend the time:
24       (A) with or without motion or notice if the court
         acts, or if a request is made, before the original
25       time or its extension expires . . . .

26  Fed. R. Civ. P., Rule 6(b)(1)(A).

1.   Undersigned counsel will not be able to meet the response deadline because they must coordinate a response with agency counsel.   Agency counsel for USCIS has forwarded Plaintiff Wael Choughari's visa petition appeal to the BIA and is in the process of coordinating with ICE and the BIA to stay Plaintiff Choughari's removal proceedings pending resolution of his visa appeal.   Because the district court case may be resolved without further litigation, the Government requests that this honorable Court grant a sixty (60) day extension of time, up to and including February 17, 2012, in which to file a responsive pleading to Plaintiffs' Complaint.

2.   This request is made prior to the expiration of the time set by the Court to respond to Plaintiffs' Complaint.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**III.  CONCLUSION**

Therefore, the Defendants respectfully request that this honorable Court grant a sixty (60) day extension of time, up to and including February 17, 2012, in which to file a response to Plaintiffs' Complaint (#1).

DATED this 16th day of December, 2011.

                         Respectfully submitted,

                         DANIEL G. BOGDEN
                         United States Attorney

                         ___/s/ Carlos A. Gonzalez___
                         Carlos A. Gonzalez
                         Assistant United States Attorney

                         TONY WEST
                         Assistant Attorney General
                         Civil Division

                         JEFFREY S. ROBINS
                         Assistant Director
                         Office of Immigration Litigation

                         /s/ SHEREASE R. PRATT
                         SHEREASE R. PRATT
                         Trial Attorney
                         U.S. Department of Justice
                         Civil Division
                         Office of Immigration Litigation
                         P.O. Box 868, Ben Franklin Station
                         Washington, DC 20530
                         Telephone: (202) 616-0063
                         Facsimile: (202) 616-8962
                         sherease.pratt@usdoj.gov

                         Attorneys for Defendants

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _December 19, 2011_____