1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada Bar No. 2137
3  Carlos A. Gonzalez
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  Attorneys for the United States.

         UNITED STATES DISTRICT COURT
              DISTRICT OF NEVADA

ALEXANDRA WARNER and                Case No. 2:11-01060-KJD-CWH
WAEL CHOUGHARI,

         Plaintiffs,
v.

JANET NAPOLITANO, Secretary,
United States Department of
Homeland Security; ALEJANDRO
MAYORKAS, Director, United
States Citizenship and
Immigration
_____

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Sherease R. Pratt to the Bar of this Court for the purpose of representing the defendants in the above-captioned litigation.

Sherease R. Pratt is a member in good standing of the State Bar of New York (Bar # 2620912). She is an attorney employed by the United States Department of Justice, Civil Division, Office of Immigration Litigation and her office is located in Washington, D.C..

Ms. Pratt can be served/contacted at the following address:

  Sherease Pratt, Esq., Trial Attorney
  United States Department of Justice
  Civil Division - OIL (DCS)
  Liberty Square Building
  450 5th Street N.W., Suite 6104
  Washington, D.C. 20001
  (202)616-0063 /(202)616-8962
  sherease.pratt@usdoj.gov

It is respectfully requested that an order be issued permitting Sherease R. Pratt to practice before this court in this action.

      Respectfully submitted,

      DANIEL G. BOGDEN
      United States Attorney

      //S// CARLOS A. GONZALEZ
      CARLOS A. GONZALEZ
      Assistant United States Attorney

      IT IS SO ORDERED:

DATED: December 28, 2011

      _____
      UNITED STATES DISTRICT JUDGE