```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    Nevada Bar No. 2137
 3  Carlos A. Gonzalez
    Assistant United States Attorney
 4  333 Las Vegas Blvd. So., #5000
    Las Vegas, Nevada   89101
 5  Ph: (702) 388-6336
    Fax: (702) 388-6787
 6  Attorneys for the United States.
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ALEXANDRA WARNER and                 Case No. 2:11-01060-KJD-CWH
WAEL CHOUGHARI,

      Plaintiffs,

v.

JANET NAPOLITANO, Secretary,
United States Department of
Homeland Security; ALEJANDRO
MAYORKAS, Director, United
States Citizenship and
Immigration
_____

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

    THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Sherease R. Pratt to the Bar of this Court for the purpose of representing the defendants in the above-captioned litigation.

    Sherease R. Pratt is a member in good standing of the State Bar of New York (Bar # 2620912). She is an attorney employed by the United States Department of Justice, Civil Division, Office of Immigration Litigation and her office is located in Washington, D.C..

1     Ms. Pratt can be served/contacted at the following
2 address:
        Sherease Pratt, Esq., Trial Attorney
3         United States Department of Justice
        Civil Division - OIL (DCS)
4         Liberty Square Building
        450 5th Street N.W., Suite 6104
5         Washington, D.C. 20001
        (202)616-0063 /(202)616-8962
6         sherease.pratt@usdoj.gov

7

8     It is respectfully requested that an order be issued
9 permitting Sherease R. Pratt to practice before this court in
10 this action.

11                               Respectfully submitted,

12                               DANIEL G. BOGDEN
                              United States Attorney
13

14                               //S// CARLOS A. GONZALEZ
                              CARLOS A. GONZALEZ
15                               Assistant United States Attorney

16

17

18

19                               IT IS SO ORDERED:

20

21 DATED: December 28, 2011
                              _____
22                               UNITED STATES DISTRICT JUDGE

23

24

25

26